IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| M.C. WEST, | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:07cv00789 SWW |
| | * | |
| | * | |
| | * | |
| FREEDOM FINANCIAL, FIRST UNION | * | |
| NATIONAL BANK, AMERICAN | * | |
| GENERAL, and MOREQUITY, | * | |
| | * | |
| Defendants. | * | |

JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case be, and it hereby is, dismissed without prejudice for lack of jurisdiction.


IT IS SO ORDERED this 7th day of August 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE